*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>M-21-0512-M | Date and time warrant executed:<br>03/10/2021 @ 10:41 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>M. Slawson and J. Garcia | | |

United States District Court
Southern District of Texas
FILED

MAR 10 2021

Nathan Ochsner, Clerk

*Inventory of the property taken and name of any person(s) seized:*

Suspect Package 1:
- Yellow padded envelope and plastic wrappings
- Plastic bag with a clear crystal substance, weighing approximately 0.345 kilograms, which field-tested positive for methamphetamine.

Suspect Package 2:
- Yellow padded envelope and plastic wrappings
- Plastic bag with a clear crystal substance, weighing approximately 0.30 kilograms, which field-tested positive for methamphetamine.

Suspect Package 3:
- White Tyvek envelope
- Yellow padded envelope and plastic wrappings
- Plastic bag with a clear crystal substance, weighing approximately 0.38 kilograms, which field-tested positive for methamphetamine.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/10/2021

*Executing officer's signature*

Mirella Slawson, US Postal Inspector
*Printed name and title*